PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN DE LA TORRE,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01002-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(Doc. 12) |

    Pending the Court's approval, the time for Defendant to file the certified administrative record is extended twenty-one (21) days from June 30, 2022, up to and including July 21, 2022. This is the Defendant's first request for an extension.

    Defendant requests this extension in order to pursue potential settlement of this matter.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip for Extension of Time              1

Respectfully submitted,

Dated:  June 30, 2022

PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By      /s/  *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated:  June 30, 2022

PENA & BROMBERG

By      /s/  *Jonathan Pena**
(*as authorized via e-mail on June 30, 2022)
JONATHAN PENA
Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including **July 21, 2022**, to file the certified administrative record.  All other deadlines set forth in the Scheduling Order (Doc. 11) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:    **July 1, 2022**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE