# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Ann De La Torre,<br>　　　　Plaintiff,<br>　　vs.<br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 1:21-cv-01002-SKO<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(Doc. 19) |

　　　Based upon the Plaintiff's Unopposed Motion for an extension of time (Doc. 19), for good cause shown, Fed. R. Civ. P. 16(b)(4),

　　　IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including December 12, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 11) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **December 1, 2022**　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1