PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4858
    Facsimile:  (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH ANN DE LA TORRE,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01002-SKO<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>(Doc. 22) |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty-five (35) days from January 26, 2023, up to and including March 2, 2023.  This is the Defendant's first request for an extension on the deadline to file her Motion for Summary Judgment.

    Defendant respectfully request this extension due to extensive workload issues.  For example, Counsel is currently responsible for drafting dispositive briefs in 22 Federal District Court cases between January 23, 2023 and February 27, 2023.  Counsel appreciates Plaintiff's Counsel's professional courtesy and apologizes to the Court for the inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 25, 2023                    PHILLIP A. TALBERT
                                           United States Attorney

                                    By     /s/ Marla K. Letellier
                                           MARLA K. LETELLIER
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant

Dated: January 25, 2023                    PENA & BROMBERG

                                    By     /s/ Jonathan Pena*
                                           (*as authorized via e-mail on January 25, 2023)
                                           JONATHAN PENA
                                           Attorney for Plaintiff

### ORDER

Pursuant to the parties' foregoing stipulation (Doc. 22), and for good cause shown,

IT IS ORDERED that Defendant shall have an extension, up to and including March 2, 2023, to file Defendant's Motion for Summary Judgment. All remaining deadlines in the Scheduling Order (Doc. 11) are extended accordingly.

IT IS SO ORDERED.

Dated:  **January 26, 2023**                    /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE