PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4858
    Facsimile:  (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN DE LA TORRE,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01002-SKO<br><br>**ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME**<br><br>(Doc. 26) |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended seven (7) days from March 30, 2023, up to and including April 6, 2023. This is the Defendant's third and final request for an extension on the deadline to file her Motion for Summary Judgment.

    Defendant respectfully request this extension in order to pursue settlement of this matter. Counsel sincerely believes that the additional time is likely to allow the parties to resolve or significantly narrow the issues in this case. Furthermore, Counsel requires additional time after being out of the office due to funeral. Counsel appreciates Plaintiff's Counsel's professional courtesy and apologizes to the Court for the inconvenience.

Stip for Extension of Time; Order                    1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  March 29, 2023                          PHILLIP A. TALBERT
                                                United States Attorney

                                       By       /s/ Marla K. Letellier
                                                MARLA K. LETELLIER
                                                Special Assistant U.S. Attorney

                                                Attorneys for Defendant

Dated:  March 29, 2023                          PENA & BROMBERG

                                       By       /s/ Jonathan Pena*
                                                (*as authorized via e-mail on March 29, 2023)
                                                JONATHAN PENA
                                                Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation and unopposed motion for an extension of time (Doc. 26),

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including April 6, 2023, to file her Motion for Summary Judgment. The deadlines in the Scheduling Order (Doc. 11) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:  **March 30, 2023**                         /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE